*A. F. Jenkins,* for plaintiff.   *C. S. Baldwin Jr.,* for defendants.

## BRASWELL *v.* CLARK.

BELL, Justice.   1. The main purpose of the suit was to enjoin the proposed building of a fence upon an alleged private way.   It appearing from the *evidence* that, as to the area claimed as a way, the construction of the fence had been complèted before the defendant was served with the petition or had knowledge of the restraining order, the court did not err in refusing an interlocutory injunction, the plaintiff's remedy in the circumstances being an action at law for removal of such obstruction. *Murphey* v. *Harker,* 115 *Ga.* 77 (6) (41 S. E. 585) ; *Atlantic & Birmingham Railway Co.* v. *Brown,* 129 *Ga.* 622 (4) (59 S. E. 278) ; *Shurley* v. *Black,* 156 *Ga.* 684 (2) (19 S. E. 618) ; *Bigham* v. *Yundt,* 158 *Ga.* 600 (123 S. E. 870) ; *Smith* v. *Parlier,* 152 *Ga.* 100 (3) (108 S. E. 515) ; *Sims* v. *Boyd,* 177 *Ga.* 465 (2) (170 S. E. 375) ; Code of 1933, §§ 55-110, 83-119.

2. Furthermore, the evidence did not demand a finding that the plaintiff had acquired the easement as claimed. *Dodson* v. *Evans*, 151 *Ga.* 435 (2) (107 S. E. 59); *Moody* v. *Burrell*, 167 *Ga.* 834 (146 S. E. 753).

*Judgment affirmed. All the Justices concur.*

No. 10745. JUNE 13, 1935.

*Augustus M. Roan* and *George F. Fielding,* for plaintiff. *Everett & Everett,* for defendant.